■ JOHN D. JUSTICE, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 114445.) [901 NYS2d 895]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ JANICE BARTON, Appellant, v JENNIFER L. KOHLER et al., Respondents. [901 NYS2d 896]—Motion for reargument denied. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN SIMON, Also Known as "LUCK," Appellant. [903 NYS2d 297]—Motion for reargument denied. Present—Scudder, P.J., Peradotto, Lindley and Gorski, JJ.

■ JOSEPH TUPPER, as President and on Behalf of SYRACUSE PROPERTY OWNERS ASSOCIATION, et al., Respondents, v CITY OF SYRACUSE et al., Appellants. [901 NYS2d 895]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Lindley and Gorski, JJ.

■ In the Matter of ROMAN KEVILLY, Appellant, v SUSAN CONNELL, Superintendent, Oneida Correctional Facility, Respondent. [901 NYS2d 895]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Centra, Lindley, Sconiers and Pine, JJ.

■ STEPHEN TURNER, Respondent, v CSX TRANSPORTATION, INC., et al., Appellants. (Appeal No. 5.) [901 NYS2d 896]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.

■ In the Matter of the Adoption of NICOLE J. et al., Respondents; STEPHEN H.J., Appellant. [901 NYS2d 895]—Motion for clarification denied. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ. (Filed May 18, 2010.)